**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RICHARD RAYMOND AND KHRISTIAN : No. 242 MAL 2017
GREYTOCK, :
                         :
             Petitioners : Petition for Allowance of Appeal from
                         : the Order of the Superior Court
                         :
         v. :
                         :
                         :
CRAIG KROUSE, :
                         :
             Respondent :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 16th day of August, 2017, the Petition for Allowance of Appeal is

**DENIED**.